BELINDA ESCOBOSA HELZER (SBN: 214178)
HECTOR O. VILLAGRA (SBN: 177586)
NORA A. PRECIADO (SBN: 239235)
ACLU Foundation of Southern California
2140 W. Chapman Ave., Suite 209
Orange, California 92868
Telephone: (714) 450-3962
E-mail: bescobosahelzer@aclu-sc.org,
hvillagra@aclu-sc.org, npreciado@aclu-sc.org

Attorneys for Plaintiffs
Vietnamese Buddhism Study Temple in America (a.k.a. Chua Quan Am), a non-profit religious corporation, and Tri Nguyen Thich (a.k.a. Thich Dao Quang), the religious leader of Chua Quan Am

(Additional Attorneys for Plaintiffs Listed on the Following Page)

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vietnamese Buddhism Study Temple in America (a.k.a. Chua Quan Am), a non-profit religious corporation, Tri Nguyen Thich (a.k.a. Thich Dao Quang), the religious leader of Chua Quan Am,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Garden Grove, et al.,<br><br>Defendants. | No. SACV06-728 CJC (RNBx)<br><br>Assigned to the Honorable Cormac J. Carney<br><br>**[PROPOSED] ORDER ON STIPULATION STAYING ENTIRE ACTION PENDING THE PARTIES' PERFORMANCE UNDER THEIR SETTLEMENT AGREEMENT**<br><br>**[Filed concurrently with Stipulation Staying Entire Action]** |

1  MARK D. ROSENBAUM (SBN: 59940)
   ACLU Foundation of Southern California
2  1616 Beverly Blvd.
   Los Angeles, California 90026
3  Telephone: (213) 977-9500
   E-mail: mrosenbaum@aclu-sc.org
4
   KELI N. OSAKI (SBN: 179920)
5  Manatt, Phelps & Phillips, LLP
   695 Town Center Drive, 14th Floor
6  Costa Mesa, California 92626-1924
   Telephone: (714) 371-2500
7  E-mail: kosaki@manatt.com,

8  K. LUAN TRAN (SBN: 193808)
   LEE & TRAN, APLC
9  1055 West 7th Street, Suite 2820
   Los Angeles, CA 90017
10 Telephone: (213) 612-3737
   E-mail: klt@leeandtran.com

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

70064983.1                                2

**ORDER ON STIPULATION STAYING ENTIRE ACTION**

## **ORDER**

Upon agreement and stipulation of all parties to this action, and good cause having been shown, IT IS HEREBY ORDERED that the Stipulation Staying the Entire Action Pending the Parties' Performance Under Their Settlement Agreement is granted and that:

1. The above-referenced action shall be stayed until either (i) the parties jointly request that the stay of the action be lifted, which if this were to occur, should take place by no later than March 2009, or (ii) dismiss the action with prejudice, which should also take place on or about that date;

2. If the parties jointly request that the stay of the Action be lifted, they shall promptly (i) select a mutually agreeable date upon which Plaintiffs must serve their responses to Defendants' Interrogatories; and (ii) enter into a mutually agreeable Stipulation Modifying the Scheduling Order with respect to the continued trial and pre-trial dates.

IT IS SO ORDERED.

Dated: October 14, 2008  _____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT